FILED
CLERK, U.S. DISTRICT COURT
JAN - 5 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> Jose Mariscal <br><br> Defendant. | Case No.: 03-CR-606-R-2 <br><br> ORDER OF DETENTION AFTER HEARING <br> [Fed.R.Crim.P. 32.1(a)(6); <br> 18 U.S.C. 3143(a)] |

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the __Central District of CA__ for alleged violation(s) of the terms and conditions of his/~~her~~ [probation] [supervised release], and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a), The Court finds that:

A. (✓) The defendant has not met his/~~her~~ burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _____

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | and/or |
| 5 | B.  ( )  The defendant has not met his/her burden of establishing by |
| 6 | clear and convincing evidence that he/she is not likely to pose |
| 7 | a danger to the safety of any other person or the community if |
| 8 | released under 18 U.S.C. § 3142(b) or (c).  This finding is based |
| 9 | on: |

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: 1-5-10

~~CARLA M. WOEHRLE~~
UNITES STATES MAGISTRATE JUDGE
Hon. Patrick J. Walsh